IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MELANIE DAVIS, Plaintiff, vs. AK-SAR-BEN VILLAGE, L.L.C., Defendant. | 8:18CV101 ORDER |

IT IS ORDERED:

1) The motion to withdraw filed by Robert L. Freeman, as counsel of record for Defendant, (Filing No. 11), is granted. The clerk shall delete Robert L. Freeman from future ECF notifications in this case.

2) The clerk shall enter the appearance of the following attorney as new counsel for Defendant:

Mark O'Siochain
Fraser Stryker PC LLO
409 South 17th Street, Suite 500
Omaha, NE 68102
402-341-6000 (phone)
402-341-8290 (facsimile)
mosiochain@fraserstryker.com (email).

April 4, 2018.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge