IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MELANIE DAVIS, ) | Case No. 8:18-cv-00101 |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **INDEX OF EVIDENCE IN SUPPORT OF** |
| ) | **DEFENDANT'S MOTION TO DISMISS** |
| AK-SAR-BEN VILLAGE, L.L.C., ) | **THE AMENDED COMPLAINT** |
| ) | |
| Defendant. ) | |

Defendant, AK-SAR-BEN VILLAGE, L.L.C., by and through its undersigned counsel, respectfully submits the following attached exhibits in support of its Motion to Dismiss for Lack of Subject Matter Jurisdiction:

**Exhibit 1**: **Affidavit of Victor Baez**

*Attachments to Exhibit 1*:

Attachment A: Invoice submitted by Leo Daly

Attachment B: Invoice submitted by Titan Contracting, L.L.C.

Attachment C: Invoice submitted by Michael Todd & Company, Inc.

Attachment D: Photographs of Accessible Areas and Spaces 1 through 8

Attachment E: Site Plan of Aksarben Village

Attachment F: Photographs of Remedial Work on Property and Sidewalk Areas

Attachment G: Invoice submitted by Omni Engineering

Dated this 19th day of June, 2018.

            AK-SAR-BEN VILLAGE, L.L.C.,
            Defendant

By: /s/ *Katherine A. McNamara*
   Katherine A. McNamara, #25142
   FRASER STRYKER, PC, LLO
   500 Energy Plaza
   409 South 17th Street
   Omaha, Nebraska  68102-2663
   402.341.6000 Facsimile: 402.341.8290
   kmcnamara@fraserstryker.com
   ATTORNEY FOR DEFENDANT

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 19th of June, 2018, I electronically filed the foregoing with the Clerk of Court of the District of Nebraska by using the CM/ECF system, which sent notification of such filing to all parties.

Padraigin L. Browne
Browne Law LLC
8530 Eagle Point Blvd, suite 100
Lake Elmo, MN 55042
paddy@brownelawllc.com

            */s/ Katherine A. McNamara*