IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MELANIE DAVIS,<br><br>    Plaintiff,<br><br>vs.<br><br>AK-SAR-BEN VILLAGE, L.L.C.,<br><br>    Defendant. | 8:18CV101<br><br>**AMENDED PROGRESSION ORDER** |

IT IS ORDERED that the final progression order ([Filing No. 56](#)) is amended as follows:

1) The deadline for completing written discovery under Rules 33, 34, and 36 of the Federal Rules of Civil Procedure is September 9, 2019. Motions to compel discovery under Rules 33, 34, and 36 must be filed by September 23, 2019
   **Note:** A motion to compel, to quash, or for a disputed protective order shall not be filed without first contacting the chambers of the undersigned magistrate judge to set a conference for discussing the parties' dispute.

2) The parties shall comply with all other stipulations and agreements recited in the court's final progression order ([Filing No. 56](#)) and their Rule 26(f) planning report that are not inconsistent with this order.

3) All requests for changes of deadlines or settings established herein shall be directed to the undersigned magistrate judge, including all requests for changes of trial dates. Such requests will not be considered absent a showing of due diligence in the timely progression of this case and the recent development of circumstances, unanticipated prior to the filing of the motion, which require that additional time be allowed.

Dated this 24th day of July, 2019.

                BY THE COURT:

                *s/ Cheryl R. Zwart*
                United States Magistrate Judge