IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MELANIE DAVIS, | |
| Plaintiff, | **8:18CV101** |
| vs. | |
| AK-SAR-BEN VILLAGE, L.L.C., | **ORDER** |
| Defendant. | |

After conferring with counsel,

IT IS ORDERED that the parties' anticipated motions to compel shall be filed on or before January 24, 2020.

January 7, 2020.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge