IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MELANIE DAVIS, | ) | CASE NO. 8:18-CV-00101 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **DEFENDANT'S MOTION FOR AN** |
| v. | ) | **ORDER TO SHOW CAUSE AND** |
| | ) | **REQUEST FOR FED. R. CIV. P. 37** |
| AK-SAR-BEN VILLAGE, L.L.C., | ) | **RELIEF** |
| | ) | |
| Defendant. | ) | |

COMES NOW Defendant, Aksarben Village, LLC, by and through its counsel, and hereby submits this Motion for an Order requiring Plaintiff, Melanie Davis, to show cause why she has failed to comply with this Court's Order of March 23, 2020, (Filing No. 93), directing Plaintiff to produce supplemental responses to Defendant's Interrogatory Nos. 19, 22, and 23, and Request for Production of Documents Nos. 4 and 5 by April 13, 2020. As of the date of this filing, Plaintiff has failed to provide any of the supplemental responses to Defendant, in violation of this Court's Order. Defendant contemporaneously herewith files a Brief in support of its motion.

Based on Plaintiff's failure to comply with this Court's March 23, 2020 Order, Defendant respectfully requests that this Court grant the instant motion and enter an Order granting Defendant relief pursuant to Fed. R. Civ. P. 37(b)(2), including reasonable attorney's fees, and for all other relief that this Court deems reasonable, just, and equitable.

Defendant respectfully requests that this motion be heard during the case status conference scheduled for April 27, 2020 at 9:00 a.m.

DATED this 24th day of April, 2020.

AK-SAR-BEN VILLAGE, L.L.C.,
Defendant

By: *Katherine McNamara*
Katherine A. McNamara, #25142
FRASER STRYKER, PC, LLO
500 Energy Plaza
409 South 17th Street

Omaha, Nebraska  68102-2663
402.341.6000 Facsimile: 402.341.8290
kmcnamara@fraserstryker.com
ATTORNEYS FOR DEFENDANT

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 24th day of April, 2020, the undersigned sent the foregoing Defendant's Motion for an Order to Show Cause, via electronic mail, to the following:

Padraigin L. Browne
Browne Law LLC
8530 Eagle Point Blvd, suite 100
Lake Elmo, MN 55042
paddy@brownelawllc.com

*Katherine A. McNamara* (signature)
Katherine A. McNamara, #25142