IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MELANIE DAVIS, | ) | CASE NO. 8:18-CV-00101 |
| Plaintiff, | ) ) ) | **INDEX OF EVIDENCE IN SUPPORT OF DEFENDANT'S MOTION FOR AN ORDER TO SHOW CAUSE AND REQUEST FOR FED. R. CIV. P. 37 RELIEF** |
| v. | ) ) | |
| AK-SAR-BEN VILLAGE, L.L.C., | ) ) | |
| Defendant. | ) | |

COMES NOW Defendant, Aksarben Village, LLC, by and through its counsel, and hereby offers the following evidence in support of its Motion for an Order to Show Cause and Rule 37 Relief (Filing No. 94):

**Exhibit No.**    **Description**

**Exhibit 1**    Declaration of Katherine A. McNamara

**Exhibit 2**    April 19 and April 21, 2020 Email Communications

AK-SAR-BEN VILLAGE, L.L.C.,
Defendant

By: *[signature: Katherine A. McNamara]*

Katherine A. McNamara, #25142
FRASER STRYKER, PC, LLO
500 Energy Plaza
409 South 17th Street
Omaha, Nebraska 68102-2663
402.341.6000 Facsimile: 402.341.8290
kmcnamara@fraserstryker.com
ATTORNEYS FOR DEFENDANT

**CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that on the 24th day of April, 2020, the undersigned sent the foregoing Defendant's Index of Evidence, via electronic mail, to the following:

Padraigin L. Browne
Browne Law LLC
8530 Eagle Point Blvd, suite 100
Lake Elmo, MN 55042
paddy@brownelawllc.com

*Katherine A. McNamara*
Katherine A. McNamara, #25142